*Order Entered July 2, 2002:*

ADAMS v DEP'T OF TRANSPORTATION, Docket No. 230268. The Court orders·
that a special panel shall be convened pursuant to MCL 7.215(I) to resolve
the conflict between this case and *Sekulov v City of Warren*, 251 Mich
App 333; 650 NW2d 397 (2002).

The Court further orders under MCR 7.215(I)(5) that the opinion
released on June 7, 2002 is vacated.

The appellant may file a supplemental brief within 21 days of the
Clerk's certification of this order. Appellees may file a supplemental brief
within 21 days of service of appellant's brief. Nine copies must be filed
with the Clerk of the Court.

MCDONALD J., did not participate.